IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IVAN CAPETILLO, JR., | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 14-02715 |
| PRIMECARE MEDICAL, INC.; | : | |
| LEHIGH COUNTY PRISON; | : | |
| EDWARD SWEENEY (Director of Corrections); | : | |
| SGT. DAWSON; | : | |
| C.O. CHAD PROGRANCZ; | : | |
| C.O. ALEXANDER WATTY; | : | |
| C.O. JOHN DENTLY; | : | |
| MOLLY LONGACRE, P.A.; | : | |
| KATHERINE BRANCH, LPN; | : | |
| NATALIE TAVARES, LPN; and | : | |
| MARYANN GRUBER, RN, | : | |
| Defendants | : | |

**ORDER**

**AND NOW** this 22nd day of October 2014, upon consideration of defendants PrimeCare Medical, Inc., Lehigh County Prison ("LCP"), Edward Sweeney, Sgt. Dawson, Chad Prograncz, Alexander Watty, John Dently, Molly Longacre, Katherine Branch, Natalie Tavares, and Maryann Gruber's motion to dismiss (Doc. No. 11), and plaintiff's opposition thereto, **IT IS HEREBY ORDERED** that:

1. Plaintiff's "quality-of-care" claim under § 1983 against all defendants is **DISMISSED WITH PREJUDICE**;

2. Plaintiff's "denial-of-care" claim under § 1983 against defendants Longacre, Dawson, Prograncz, Watty, Dently, LCP, and Sweeney is **DISMISSED WITH PREJUDICE**; and said defendants are dismissed as parties to this action.

3. The remainder of defendants' motion to dismiss is **DENIED**.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge