IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IVAN CAPETILLO, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRIMECARE MEDICAL, INC., et al. | : | NO. 14-2715 |

## **O R D E R**

AND NOW, this 28th day of June, 2016, upon consideration of Plaintiff's Motion to Compel (Doc. 49), Defendants' response (Doc. 50), and after conducting a telephonic conference with counsel, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel is GRANTED in PART as outlined in the accompanying Memorandum.

1. Within fourteen days of the entry of this Order, defense counsel shall search the PrimeCare database from August 19, 2012, to February 19, 2014, for the denial of or delay in administering medication within the first two weeks of incarceration at Lehigh County Prison, and produce the resulting database summary redacted of identifying information.

2. Plaintiff's counsel shall have seven days to review the documentation produced and request grievance and inmate records for up to twelve of the identified grievances/complaints.

3. Defense counsel shall then have fourteen days to produce grievances and inmate records (redacted of identifying information) regarding the relevant denial of or delay in administering medication.

4.  No later than July 8, 2016, the parties shall submit a revised proposed scheduling order.

                BY THE COURT:

                /s/ELIZABETH T. HEY

                _____
                ELIZABETH T. HEY, U.S.M.J.